PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FILIPE CARDOSA, <br><br> Defendant. | Case No. 1:23-po-00187-SAB <br><br> [Citation #FBLV000S CA/4C] <br><br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00187-SAB [Citation # FBLV000S CA/4C] against FILIPE CARDOSA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 14, 2023                Respectfully submitted,

                                                                  PHILLIP A. TALBERT
                                                                  United States Attorney

                                         By:     /s/ *Jeffrey A. Spivak*
                                                       JEFFREY A. SPIVAK
                                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00187-SAB [Citation # FBLV000S CA/4C] against FILIPE CARDOSA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 15, 2023**

UNITED STATES MAGISTRATE JUDGE